[No. 18672-8-I. Division One. August 8, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED RICHARD CAMARA III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-1-03531-0, Herbert M. Stephens, J., entered May 29, 1986. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Grosse and Webster, JJ.

[No. 19701-1-I. Division One. August 8, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL LESLIE COOK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86-1-01904-5, Terrence A. Carroll, J., entered December 29, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Winsor, J.

[No. 19376-7-I. Division One. August 8, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. TY ROBERT MYERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86-8-01963-6, Jerome M. Johnson, J., entered October 16, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Winsor, J.